UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Attorneys William M. Cowan, Esquire, and Dora Kripapuri, Esquire, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enter their appearance as counsel for defendant Pfizer, Inc. in the above referenced action.

    Attorneys Thomas Smart and Richard DeSevo of the law firm Kaye Scholer LLP also appear of counsel on behalf of defendant Pfizer, Inc.

*(signature)*

William M. Cowan, Esq., BBO # 566940
Dora Kripapuri, Esq., BBO # 654236
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

OF COUNSEL:

Thomas Smart, Esquire
Richard DeSevo, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

DATED: March 25, 2005

LIT 1512121v1