

| | Boston |
|---|---|
| **MINTZ LEVIN** | Washington |
| **COHN FERRIS** | Reston |
| | New York |
| **GLOVSKY AND** | Stamford |
| | Los Angeles |
| **POPEO PC** | London |

One Financial Center
Boston, Massachusetts 02111
617 542 6000
617 542 2241 fax
www.mintz.com

*Dora Kripapuri*

*Direct dial 617/348-1763*
*dkripapuri@mintz.com*

March 29, 2005

Chief Judge Young
United States District Court
One Courthouse Way
Boston, MA 02210
**ATTN: Ms. Bonnie Smith, Clerk**

Re:   *Natale v. Pfizer, Inc.*, Civil Action No. 05-10590-WGY (Class Action)

Dear Ms. Smith:

Thank you for your time on the phone yesterday. Regarding the above-captioned matter, Pfizer will file its answer to plaintiff's complaint by April 29, 2005 pursuant to the State Court Order attached to this letter. I also enclose the assented-to motion -- filed and acted upon by Judge Fishman prior to Pfizer's removal to Federal Court. If for any reason this Order will not be recognized by Judge Young, please call me at 617-348-1763.

Certified copies of the State court proceedings will follow as soon as they are available.

Thank you for your attention to this matter.

Sincerely,

Dora Kripapuri

/Enclosure
cc:   William Cowan, Esq.
      Thomas Smart, Esq.
      Richard DeSevo, Esq.
      David Pastor, Esq.
      Douglas Hoffman, Esq.
      Roy Katriel, Esq.
      Jacqueline Sailer, Esq.
      Eric Belfi, Esq.