UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 05-CV-10590-WGY |
| v. | )<br>)<br>) |
| PFIZER, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Attorney Dora Kripapuri, Esquire, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters her appearance as counsel for defendant Pfizer, Inc. in the above referenced action.

    /s/Dora Kripapuri
    Dora Kripapuri, Esq., BBO # 654236
    Mintz, Levin, Cohn, Ferris,
     Glovsky and Popeo, P.C.
    One Financial Center
    Boston, MA  02111
    (617) 542-6000

DATED:  April 1, 2005

LIT 1512121v1