UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                       )
JERRY NATALE, on behalf of himself and   )
all others similarly situated,                        )
                                                       )
                       Plaintiffs,                     )          Civil Action No. 05-CV-10590-WGY
                                                       )
v.                                                     )
                                                       )
PFIZER, INC.                                           )
                                                       )
                       Defendant.                      )
_____)

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Pfizer, Inc. ("Pfizer") makes the following corporate

disclosure statement:

- Pfizer has no parent corporation.

- No publicly traded company owns 10% or more of Pfizer stock.

Respectfully submitted,

PFIZER, INC.
By its attorneys,


/s/Dora Kripapuri_____
William M. Cowan, Esq., BBO # 566940
Dora Kripapuri, Esq., BBO # 654236
Mintz, Levin, Cohn, Ferris,
        Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated:  April 1, 2005