UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JERRY NATALE, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER, INC.<br><br>        Defendant. | CIVIL ACTION NO. 05-CV-10590-WGY |

**MOTION FOR APPEARANCE
OF THOMAS SMART AND RICHARD DE SEVO
<u>PRO HAC VICE</u>**

    The undersigned William M. Cowan, Esq., a member in good standing of the bar of this Court and counsel to Pfizer, Inc. ("Defendant"), hereby moves this Court pursuant to Local Rule 83.5.3, to allow Thomas Smart and Richard De Sevo, attorneys with the law firm of Kaye Scholer LLP of New York, N.Y. to appear <u>pro hac vice</u> on behalf of the Defendant.  As grounds for this motion, the undersigned states that Mr. Smart and Mr. De Sevo are admitted to the bar of the highest court of the State of New York, and several other bars, as detailed in their respective attached Certifications, are members in good standing in every jurisdiction in which they are both admitted, are not the subject of any pending disciplinary proceedings against them as members of the bar in any jurisdiction, and are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    As additional grounds for this motion, the undersigned further states that Mr. Smart and Mr. De Sevo are fully aware of the operative facts in this proceeding and will be assisting in the

trial of this matter.  The certificate required by Local Rule 83.5.3(B) for Mr. Smart appears as Exhibit A attached to this motion.  The certificate required by Local Rule 83.5.3(B) for Mr. De Sevo appears as Exhibit B attached to this motion.

    Respectfully submitted,

    PFIZER, INC.
    By its attorneys,


    /s/ William M. Cowan_____
    William M. Cowan, Esq., BBO # 566940
    Dora Kripapuri, Esq., BBO # 654236
    Mintz, Levin, Cohn, Ferris,
       Glovsky and Popeo, P.C.
    One Financial Center
    Boston, MA  02111
    (617) 542-6000

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

      I, William M. Cowan, attorney for the above named Defendant, hereby certify that on April 12, 2005, David Pastor, attorney for Plaintiff Jerry Natale, confirmed that Plaintiff Natale assents to this Motion.

                                 /s/William M. Cowan
                                 William M. Cowan

LIT 1512812v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, on behalf of himself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PFIZER, INC. )<br><br>Defendant. ) | CIVIL ACTION NO. 05-CV-10590-WGY |

### **CERTIFICATION OF THOMAS A. SMART**

I, Thomas A. Smart, Esquire, do hereby depose and state as follows:

1. I am a member of the law firm of Kaye Scholer LLP, located at 425 Park Avenue, New York, NY 10022.

2. I am a member in good standing before all of the courts to which I have been admitted: the highest court of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals in the Second, Third, Ninth and Federal Circuits, and the United States Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 6th day of April, 2005.

_____
Thomas A. Smart, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

LIT 1512830v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC.<br><br>Defendant. | CIVIL ACTION NO. 05-CV-10590-WGY |

## **CERTIFICATION OF RICHARD A. DE SEVO**

I, Richard A. De Sevo, Esquire, do hereby depose and state as follows:

1.  I am of counsel to the law firm of Kaye Scholer LLP, located at 425 Park Avenue, New York, NY 10022.

2.  I am a member in good standing before all of the courts to which I have been admitted: the highest court of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Courts of Appeals in the First, Second, Third, Fourth, Sixth, Ninth, Eleventh, and Federal Circuits, and the United States Supreme Court.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 31st day of March, 2005.

					_____
					Richard A. De Sevo, Esq.
					Kaye Scholer LLP
					425 Park Avenue
					New York, NY 10022

LIT 1512837v1