UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-cv-10590-WGY<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO REMAND**

Plaintiff, Jerry Natale ("Plaintiff"), by and through his undersigned counsel of record, moves this Court, pursuant to the provisions of 28 U.S.C., §1447, for an order: (1) remanding this consumer class action, which is based entirely on state law claims against the defendant, Pfizer, Inc. ("Pfizer"), to the Middlesex Superior Court, and (2) pursuant to 28 U.S.C., §1447(c), awarding the Plaintiff his "just costs and...actual expenses, including attorney fees," incurred in making this motion and seeking remand.  The Court should grant this Motion for the reasons set forth herein and in the accompanying Memorandum.

No federal jurisdiction exists over this matter, as this action is not subject to the Class Action Fairness Act ("CAFA").  Accordingly, the removal of this action by Pfizer, based on purported diversity jurisdiction, was improper, and this action should be remanded.

Further, because (a) removal here was so clearly improper and without basis; and (b) the decisions to date on this same issue in cases removed on identical grounds (including three decisions in cases against Pfizer), have been in favor of remand, costs and fees should be awarded here for improper removal under §1447(c).

00004580.WPD ; 1

In support of this Motion, Plaintiff submits the accompanying Memorandum in Support of Motion to Remand.

WHEREFORE, Plaintiff respectfully requests that this action be remanded to the Middlesex Superior Court and that costs and attorneys fees be awarded for improper removal.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel certify that they have conferred with counsel for the Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, but have been unable to do so.

Dated: April 15, 2005                             Respectfully submitted,

/s/ David Pastor
David Pastor (BBO# 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850

Of Counsel

Jacqueline Sailer
Gregory Linkh
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue  Suite 801
New York, NY 10016-1101
Telephone: (212) 682-1818

Roy A. Katriel
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW   Suite 500
Washington, DC 20007
Telephone: (202) 625-4342