UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JERRY NATALE, on behalf of himself
and all others similarly situated,

       Plaintiff,

     v.

PFIZER, INC.,

       Defendant.
_____

Civil Action No. 05-10590-WGY

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs on this action. The new address is the following:

    GILMAN AND PASTOR, LLP
    60 State Street, 37th Floor
    Boston, MA 02109
    Telephone: (617) 742-9700
    Facsimile: (617) 742-9701

Dated: May 20, 2005

    Respectfully submitted,

    /s/ David Pastor
    David Pastor (BBO # 391000)
    GILMAN AND PASTOR, LLP
    60 State Street, 37th Floor
    Boston, MA 02109
    Telephone: (617) 742-9700
    Facsimile: (617) 742-9701

    Counsel for Plaintiffs