UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE,<br>    On Behalf of Himself and<br>    All Others Similarly<br>    Situated,<br>        Plaintiff,<br><br>v.<br><br>PFIZER INC.<br>        Defendants, | CIVIL ACTION<br>NO. 05-10590-WGY |
| SHERRY KWAAK,<br>    On Behalf of Herself and<br>    All Others Similarly<br>    Situated,<br>        Plaintiff,<br><br>v.<br><br>PFIZER INC.<br>        Defendants, | CIVIL ACTION<br>NO. 05-10591-WGY |

ORDER OF CERTIFICATION

YOUNG, C.J.                                              July 28, 2005

    The question of law certified to the United States Court of Appeals for the First Circuit is: under section 9 of the Class Action Fairness Act of 2005, is a civil action "commenced" on the date a class action complaint is filed by a plaintiff in the state court or on the date a case is removed by a defendant to the federal court?

SO CERTIFIED.

/s/ William G. Young
_____
WILLIAM G. YOUNG
CHIEF JUDGE