**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
One Financial Center
Boston, Massachusetts 02111

William M. Cowan

*Direct dial 617-348-3903*
wcowan@mintz.com

617 542 6000
617 542 2241 *fax*

August 4, 2005



**Via Hand Delivery**

The Honorable Chief Justice William Young
UNITED STATES DISTRICT COURT
 for the District of Massachusetts,
One Courthouse Way
Boston, MA  02210

      RE:    <u>Natale v. Pfizer Inc./Kwaak v. Pfizer Inc.</u>: Civ. A. Nos. 05-10590/05-10591

Dear Judge Young:

    Pursuant to the Court's July 28, 2005 Order of Certification and Memorandum and Certification, Defendant Pfizer Inc. today is filing an Application for Leave to Appeal with the First Circuit Court of Appeals.  Pfizer Inc. hereby provides notice of the same, along with a copy of the Application, pursuant to the Court's Order.

Very truly yours,

William M. Cowan

CC:    David Pastor, Esq.
            Kenneth Quat, Esq.
            Thomas Smart, Esq.
            Richard DeSevo, Esq.