UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY NATALE, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC, a Delaware Corporation,<br><br>        Defendant. | Civil Action No. 05-CV-10590-WGY |
| SHERRY KWAAK, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC, a Delaware Corporation,<br><br>        Defendant. | Civil Action No. 05-CV-10591-WGY |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Attorney Andrew N. Nathanson, Esquire, of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendant Pfizer, Inc. in the above referenced actions.

                                                _/s/ Andrew Nathanson_
                                                Andrew N. Nathanson, Esq., BBO # 548684
                                                Mintz, Levin, Cohn, Ferris,
                                                  Glovsky and Popeo, P.C.
                                                  One Financial Center
                                                  Boston, MA 02111
DATED: August 11, 2005                     (617) 542-6000

LIT 1536769v1