```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10590-WGY

 4   * * * * * * * * * * * * * * * * **
                                       *
 5   JERRY NATALE, an individual, on   *
     behalf of himself and all others  *
 6   similarly situated,               *
                                       *
 7            Plaintiff,               *
                                       *
 8   v.                                * MOTION HEARING
                                       *
 9   PFIZER, INC.,                     *
     a Delaware Corporation,           *
10                                     *
              Defendant.               *
11                                     *
     * * * * * * * * * * * * * * * * **
12
              BEFORE:  The Honorable William G. Young,
13                          District Judge

14   APPEARANCES:

15            GILMAN and PASTOR (By David Pastor, Esq.),
        60 State Street, 37th Floor, Boston, Massachusetts
16      02109, on behalf of Jerry Natale

17            KENNETH D. QUAT, ESQ., 9 Demonmill Square,
        Suite 4A-4, Concord, Massachusetts 01742, on
18      behalf of Sherry Kwaak in Civil Action No.
        05-10591-WGY
19
              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
20      POPEO, P.C. (By William M. Cowan, Esq.), One
        Financial Center, Boston, Massachusetts 02111
21           - and -
              KAYE SCHOLER, LLP (By Thomas A. Smart, Esq.
22      and Richard A. DeSevo, Esq.), 425 Park Avenue, New
        York, New York 10022, on behalf of Pfizer, Inc.
23

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       June 13, 2005
```