# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>05-10590-WGY</u>

NATALE
Plaintiff

v.

PFIZER
Defendant

ORDER OF REMAND

YOUNG, C.J.

In accordance with the Court's order of 7/28/05 , the above-entitled action is hereby remanded to Superior Court sitting in and for the County of Middlesex.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

November 15, 2005

To:  All Counsel